# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SALMA AGHA-KAHN, ) <br> ) <br> Plaintiff(s), ) <br> ) <br> vs. ) <br> ) <br> PACIFIC COMMUNITY MORTGAGE, et al., ) <br> ) <br> Defendant(s). ) <br> _____) | Case No. 2:16-cv-01124-JCM-NJK <br><br> ORDER <br><br> (Docket No. 5) |

Pending before the Court is an order for Plaintiff to show cause why this case should not be dismissed due to her failure to update her address. Docket No. 5. Plaintiff filed a response indicating her correct address and apologizing for "any misunderstandings or inconveniences." Docket No. 38 at 4. The Clerk's Office is directed to change the docket to reflect Plaintiff's proper address, as follows:

Salma Agha-Khan, MD
3751 Motor Ave #34727
Los Angeles, CA 90034

Accordingly, the Court's order to show cause, Docket No. 5, is hereby **DISCHARGED**.

IT IS SO ORDERED.

DATED: July 8, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge