# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

SALMA AGHA-KHAN,                     )
               Plaintiff,      )   Case No. 2:16-cv-01124-JCM-NJK
                       )
vs.                                  )   ORDER
                       )
PACIFIC COMMUNITY MORTGAGE, et al.,  )
              Defendants.     )
                       )

On July 18, 2016, two orders mailed to Plaintiff Salma Agha-Khan were returned to the Court as undeliverable.  Docket Nos. 54, 55.  It appears to the Court, however, as if Plaintiff's address was incorrectly updated on the docket.  Plaintiff's actual address should read, 3751 Motor Ave., #34727, Los Angeles, CA 90034.  *See* Docket No. 38 at 3.

Accordingly, the Court **INSTRUCTS** the Clerk's Office to update Plaintiff's address to the correct address, and to resend the orders at Docket Nos. 19 and 29 to Plaintiff at the updated address.

IT IS SO ORDERED.

DATED: July 20, 2016.

                                                    _____
                                         NANCY J. KOPPE
                                         United States Magistrate Judge