# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SALMA AGHA-KHAN, | |
| Plaintiff, | Case No. 2:16-cv-01124-JCM-NJK |
| vs. | ORDER |
| PACIFIC COMMUNITY MORTGAGE INC et al., | (Docket No. 62) |
| Defendants. | |

Pending before the Court is Defendant Wells Fargo Financial National Bank's motion to extend the deadline to respond to Plaintiff's Complaint. Docket No. 62. For good cause shown, the motion is hereby **GRANTED**. Docket No. 62. The deadline for Defendant Wells Fargo Financial National Bank to respond to Plaintiff's Complaint is **EXTENDED** to August 12, 2016.

IT IS SO ORDERED.

DATED: July 27, 2016.

_____
NANCY J. KOPPE
United States Magistrate Judge