# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SALMA AGHA-KHAN, M.D., <br><br> Plaintiff, <br><br> vs. <br><br> PACIFIC COMMUNITY MORTGAGE INC., et al., <br><br> Defendants. | Case No. 2:16-cv-01124-JCM-NJK <br><br> ORDER RE: MOTION TO STRIKE <br><br> (Docket No. 53) |

Pending before the Court is Defendants' motion to strike Plaintiff's response to their motion to dismiss as untimely filed. Docket No. 53. Defendants' motion relates to United States District Judge James C. Mahan's Minute Order, Docket No. 16, which set briefing deadlines for Defendants' motion to dismiss, Docket No. 13. Judge Mahan will dispose of the dispositive motion to dismiss, and any issues related to its briefing deadlines, as he sees fit.

Accordingly, the Court hereby **DENIES** Defendants' motion to strike.

IT IS SO ORDERED.

DATED: August 29, 2016

NANCY J. KOPPE
United States Magistrate Judge