**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SALMA AGHA-KHAN, M.D., <br><br> Plaintiff, <br><br> vs. <br><br> PACIFIC COMMUNITY MORTGAGE INC., et al., <br><br> Defendants. | Case No. 2:16-cv-01124-JCM-NJK <br><br> ORDER RE: MOTION TO STRIKE <br><br> (Docket No. 96) |

Currently pending before the Court is Plaintiff's motion to strike Defendant's motion to dismiss Plaintiff's complaint. Docket No. 96. Plaintiff's motion relates to a dispositive motion, Docket No. 67, which is currently pending before United States District Judge James C. Mahan. Judge Mahan will dispose of the dispositive motion to dismiss, and any related motions, as he sees fit.

Accordingly, the Court hereby **DENIES** Plaintiff's motion to strike, Docket No. 96.

IT IS SO ORDERED.

DATED: September 13, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge