**COLT B. DODRILL, ESQ.**
Nevada Bar No. 9000
**WOLFE & WYMAN LLP**
6757 Spencer Street
Las Vegas, NV  89119
Tel: (702) 476-0100
Fax: (702) 476-0101
cbdodrill@wolfewyman.com

Attorneys for Defendants
AURORA LOAN SERVICES, LLC,
MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC., THEODORE SCHULTZ
AND TRISHA McMULLIN

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SALMA AGHA-KHAN, M.D., | CASE NO. 2:16-cv-01124-JCM-NJK |
| Plaintiff, | |
| v. | **ORDER GRANTING DEFENDANT TRISHA McMULLIN'S MOTION TO SET ASIDE DEFAULT** |
| PACIFIC COMMUNITY MORTGAGE INC., a suspended California Corporation; PACIFIC COMMUNITY MORTGAGE INC., a suspended California Corporation, its successors and assigns; GOLD REVERSE INC., a dissolved California Corporation; KURT KINGSOLVER, an individual, and as agent for PACIFIC COMMUNITY MORTGAGE CO. INC., and as agent for GOLD REVERSE INC.; QUALITY LOAN SERVICE CORP., a California corporation – form unknown; BOBBIE IRIAS/IRLAS, an individual and as agent for QUALITY LOAN SERVICE CORP; RONALD ALONZO, an individual and as authorized agent of QUALITY LOAN SERVICE CORP; BEE VANG, an individual and as agent for QUALITY LOAN SERVICE CORP; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. a Delaware agency/corporation - form unknown; MARY JANE SARNE, an individual and as Vice President of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; TRISHA MCMULLIN, agent for AURORA LOAN SERVICES; THEODORE SCHULTZ, an individual and as Vice President of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; SERVICELINK, a business organization form unknown; SERVICELINK-IRVINE, a business organization form unknown; AURORA LOAN SERVICES, a surrendered Corporation; FIDELITY NATIONAL TITLE, a | |

1

2554045.1

| | |
|---|---|
| 1 | business organization form unknown; STEVEN JOE, an individual; MICHAEL MCNEILL, an |
| 2 | individual; JULIANN MCNEIL, an individual; CHRISTOPHER J. FLAHARTY, an individual; |
| 3 | NICHOLE R. FLAHARTY, an individual; WELLS FARGO BANK, N.A., a US national |
| 4 | bank; WELLS FARGO FINANCIAL NATIONAL BANK, a US bank; CHRISTOPHER J. |
| 5 | FLAHARTY and NICHOLE R. FLAHARTY, as Trustees of the FLAHARTY FAMILY TRUST; |
| 6 | FLAHARTY FAMILY TRUST, a trust including subject property; AMERICAN SECURITIES |
| 7 | COMPANY OF NEVADA, a company form unknown; NOBLE TITLE, a Title company in |
| 8 | Nevada; WILLIAM GO, an individual and Realtor in PRUDENTIAL AMERICANA GROUP; |
| 9 | PRUDENTIAL AMERICANA GROUP, a real estate company; DOES 1 -1000 |
| 10 | |
| 11 | Defendants. |

12   Defendant, TRISHA MCMULLIN, having filed a Motion to Set Aside Default (Doc. No.

13 88.) on August 23, 2016, there being no opposition thereto, the Court having considered the moving

14 papers, its own files and good cause appearing therefore, orders as follows:

15   1.   The Court grants TRISHA MCMULLIN'S Motion to Set Aside Default.  Doc. No.

16 88.

17 ///

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

2

2554045.1

1  IT IS THEREFORE ORDERED that the Default entered against TRISHA MCMULLIN
2  (Doc. 83) is hereby set aside.
3  THE CLERK OF COURT SHALL set aside the Default of Defendant TRISHA
4  MCMULLIN.
5  IT IS SO ORDERED September 22, 2016.

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted by          WOLFE & WYMAN LLP

By: /s/ *Colt B. Dodrill*
    COLT B. DODRILL, ESQ.
    Nevada Bar No. 9000
    6757 Spencer Street
    Las Vegas, NV  89119

**Attorneys for Defendants
AURORA LOAN SERVICES. LLC,
MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC., THEODORE SCHULTZ AND
TRISHA McMULLIN**

3

2554045.1

**CERTIFICATE OF SERVICE**

On September 20, 2016, I served the **PROPOSED ORDER GRANTING MOTION TO SET ASIDE DEFAULT** by the following means to the persons as listed below:

  X    a.    EFC System (you must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary):

Aaron David Lovaas    aaron@globalbusinesslawyersusa.com, kristan@globalbusinesslawyersusa.com, ysabelle@globalbusinesslawyersusa.com

Darren J Welsh    darrenw@americanagrp.com, dagostinolinda@hotmail.com, lindad@americanagrp.com

Kristin A Schuler-Hintz    FDCNV@mccarthyholthus.com

Ogonna M Brown    oatamoh@nevadafirm.com, apestonit@nevadafirm.com, obrown@nevadafirm.com, oswibies@nevadafirm.com, rholley@nevadafirm.com, usdcecf@nevadafirm.com

Sue Trazig Cavaco    stc@amclaw.com, amw@amclaw.com, bjb@amclaw.com, crb@amclaw.com

Kristan Elizabeth Lehtinen    kristan@globalbusinesslawyersusa.com, jacqueline@globalbusinesslawyersusa.com

Marni Rubin Watkins    marni.watkins@fnf.com, brittany.willis@fnf.com, jennifer.martinez@fnf.com, mia.hurtado@fnf.com, yesenia.enriquez@fnf.com

Robin E Perkins    rperkins@swlaw.com, DOCKET_LAS@swlaw.com, mawilliams@swlaw.com, mfoley@swlaw.com, sdugan@swlaw.com

Carleton R. Burch    crb@amclaw.com, amc@amclaw.com, kno@amclaw.com, lxa@amclaw.com, stc@amclaw.com

Alayne M. Opie    opiea@gtlaw.com, LVLitDock@GTLAW.com, rosehilla@gtlaw.com

Andrea M Gandara    agandara@nevadafirm.com

///

///

///

2554045.1

1    X   b. United States Mail, postage fully pre-paid (List persons and addresses. Attach additional paper if necessary):

Salma Agha-Kahn
8521 Copper Falls Drive
Las Vegas, NV  89129
*Plaintiff Pro Se*

By: */s/ Lucille Chiusano*
      Lucille Chiusano, an employee of
      Wolfe & Wyman LLP