# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SALMA AGHA-KAHN,<br><br>          Plaintiff,<br>vs.<br><br>PACIFIC COMMUNITY MORTGAGE INC., et al.,<br><br>          Defendants. | Case No. 2:16-cv-01124-JCM-NJK<br><br>ORDER<br><br>(Docket No. 98) |

Pending before the Court is Plaintiff's Motion to Disqualify.  Docket No. 98.  Defendants filed a response.  Docket Nos. 108, 114, 115, 118.  Plaintiff did not file a reply.  *See* Docket.  Plaintiff alleges bias and cites 28 U.S.C. § 455 for the proposition that the undersigned must be disqualified.  *Id.*  In the Ninth Circuit, "[t]he standard for recusal" under section 455 is "whether a reasonable person with knowledge of all the facts would conclude the judge's impartiality might reasonably be questioned."  *Taylor v. Regents of the Univ. of Cal.*, 993 F.2d 710, 712 (9th Cir. 1993) (quoting *United States v. Studley*, 783 F.2d 934, 939 (9th Cir. 1986)).  Additionally, "[t]o warrant recusal, judicial bias must stem from an extrajudicial source."  *Taylor*, 993 F.2d at 712.  "[A] judge's prior adverse ruling is not sufficient cause for recusal."  *Id.*

Plaintiff's request for recusal is based on orders issued in the instant case as well as routine docketing.  *See* Docket No. 98 at 3-10.  Under Ninth Circuit law, this is not extrajudicial, and is not sufficient cause for recusal.  *See Taylor*, 993 F.2d at 712.

Accordingly, Plaintiff's Motion to Disqualify, Docket No. 98, is hereby **DENIED**.

IT IS SO ORDERED.

Dated: October 24, 2016

                                                                     NANCY J. KOPPE<br>
                                                                     United States Magistrate Judge